1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT FOR THE

8            EASTERN DISTRICT OF CALIFORNIA

9

10   FRANK LANEAR,                    )   NO. 1:11 cv  02086 LJO GSA PC
                                      )
11              Plaintiff,            )   ORDER ADOPTING FINDINGS AND
                                      )   RECOMMENDATIONS
12        v.                          )   (ECF No. 20 )
                                      )
13   MATTHEW CATE, ET AL.,            )   ORDER DISMISSING ACTION FOR
                                      )   FAILURE TO STATE A CLAIM
14              Defendants.           )   UPON WHICH RELIEF MAY BE
     _____)   GRANTED UNDER SECTION 1983
15
                                          ORDER THAT DISMISSAL IS
16                                        SUBJECT TO 28 U.S.C. § 1915(g)

17                                        ORDER DIRECTING CLERK TO
                                          CLOSE CASE
18

19

20        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was

21   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

22   302.

23        On August 8, 2012, findings and recommendations were entered, recommending

24   dismissal of this action for failure to state a claim upon which relief can be granted.  Plaintiff was

25   provided an opportunity to file objections within twenty days.   To date, Plaintiff has not filed

26   objections or otherwise responded to the findings and recommendations.

27        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this

28   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 8, 2012, are adopted in full;

2. This action is dismissed with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;

3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g); and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 4, 2012**          /s/ Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE

2